THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Craig Gantt, Appellant.
 
 
 

Appeal From Aiken County
 Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No.  2007-UP-273
Submitted June 1, 2007  Filed June 6, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott;
 and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER
 CURIAM:  Appellant, Craig Gantt, pled
 guilty to assault and battery with intent to kill.  The trial court sentenced Gantt
 to ten years on the assault charge and revoked ten years of a probationary
 sentence.  Gantts counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  Gantt has filed
 a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.